UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14017-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RONELL BERNARD BRYANT, III,

      Defendant.

_____/

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Ronell Bernard Bryant, III, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 8th day of June, 2022 and the Amended Judgment entered on the 14th day of June, 2022.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:  *s/Margaret Y. Foldes*
      Margaret Y. Foldes
      Assistant Federal Public Defender
      Florida Bar No. 83674
      1 E. Broward Boulevard
      Suite 1100
      Fort Lauderdale, Florida   33301
      (954) 356-7436
      Margaret_Foldes@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/Margaret Y. Foldes_
Margaret Y. Foldes