# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**  Appeals Section
Clerk of Court

Date: 12/27/2022

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303     **ROA**

IN RE:  District Court No: 21-14017-CR - AMC

U.S.C.A. No: 22-12023-DD

Style: USA V. RONELL BERNARD BRYANT, III

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- X Exhibits: 0 boxes; ___ folders;
  - 1 envelopes; 0 PSIs (sealed)
  - ☐ other: _____
  - ☐ other: _____
- ☑ Other: DE108 flashdrive Ex 5&20, DE155 flashdrive Ex 1-32
- ☐ Other: _____

Sincerely,
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida

By: /s/ Jimena Elias
Deputy Clerk
Date 12/27/2022

*Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida*

Attachment   S/F A-15
c: court file   Rev. 10/94

☐ 400 N. Miami Avenue        ☐ 299 E. Broward Boulevard      ☐ 701 Clematis Street
   Miami, Fl 33128-7716           Ft. Lauderdale, Fl 33301         West Palm Beach, Fl 33401
   305-523-5080                   954-769-5413                     561-803-3408

APPEAL,BNDSMM,CLOSED,SMM

# U.S. District Court
## Southern District of Florida (Ft Pierce)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 2:21-cr-14017-AMC-1
### Internal Use Only

Case title: USA v. Bryant

Date Filed: 04/27/2021

Magistrate judge case number: 2:21-mj-00019-SMM

Date Terminated: 06/06/2022

Assigned to: Judge Aileen M. Cannon

Appeals court case number: 22-12023-A USCA

**Defendant (1)**

**Ronell Bernard Bryant, III**
36963-509
*English; YOB: 1983*
*TERMINATED: 06/06/2022*
also known as
Lil Polo Da Don
*TERMINATED: 06/06/2022*
also known as
Polo Bryant
*TERMINATED: 06/06/2022*

represented by **Noticing FPD-FTP**
Email: ftp_ecf@fd.org
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Lydia R Pittaway**
Pittaway Law, PLLC
133 S 2nd Street STE 101
Fort Pierce, FL 34950
772-494-1821
Fax: 407-674-2524
Email: lydia@pittawaylaw.us
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Margaret Y. Foldes**
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, FL 33301
954-356-7436
Fax: 954-356-7556
Email: Margaret_Foldes@FD.org
*TERMINATED: 07/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: [signature] Jimena Elias
Deputy Clerk
Date: 12/27/2022

Michael Caruso
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X135
Fax: 536-4559
Email: michael_caruso@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Paul Joseph Walsh
Perlet , Shiner, P.A.
515 North Flagler Drive
Suite 701
West Palm Beach, FL 33401
(561) 721-0552
Email: paul@kmwlegal.com *(Inactive)*
*TERMINATED: 06/18/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Peter Thomas Patanzo
Benjamin, Aaronson, Edinger & Patanzo, PA
1700 East Las Olas Blvd., #202
Fort Lauderdale, FL 33301
954-779-1700
Fax: 779-1771
Email: ppatanzo@bellsouth.net
*TERMINATED: 06/07/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18 U.S.C. § 922(g)(1) Possession of a Firearm and Ammunition by a Convicted Felon.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

**Disposition**

IMPRISONMENT: For a total term of 37 months as to count 1; SUPERVISED RELEASE: For a term of Three (3) years; ASSESSMENT: $100.00.

**Disposition**

None

| Complaints | Disposition |
|---|---|
| 18:922Q.F Unlawful possession of a firearm and ammunition by a convicted felon. | |

**Plaintiff**
**USA**                      represented by    **Daniel E. Funk**
U.S. Attorney's Office
101 S. U.S. Highway 1
Fort Pierce, FL 34950
305-905-7509
Fax: 772-466-1020
Email: daniel.funk@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard O.I. Brown**
United States Attorney's Office
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
(954) 356-7255
Fax: (954) 356-7336
Email: richard.brown@usdoj.gov
*TERMINATED: 02/22/2022*
*ATTORNEY TO BE NOTICED*

**William T. Zloch**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 820-8777
Email: William.Zloch@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2022 | 108 | NOTICE OF CONVENTIONAL FILING by USA as to Ronell Bernard Bryant, III (mee) (Entered: 01/13/2022) *see env.* |
| 06/07/2022 | 155 | CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 1-32 *SENTENCING HEARING EXHIBITS FOR JUNE 6, 2022*, as to Ronell Bernard Bryant, III by Daniel E. Funk (Funk, Daniel) (Entered: 06/07/2022) *see env.* |

Case 2:21-cr-14017-AMC Document 182 Entered on FLSD Docket 12/27/2022 Page 5 of 5