# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE  
Clerk of Court

Appeals Section

Date: 9/11/2023

FILED BY _____ D.C.

SEP 11 2023

ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

1st Supplement

IN RE:  District Court No: 21-14017-CR - AMC

U.S.C.A. No: 22-12023-DD

Style: USA V. RONELL BERNARD BRYANT, III

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_0_ Volume(s) of pleadings

_0_ Volume(s) of Transcripts

_X_ Exhibits:  _0_ boxes;  ___ folders;

_1_ envelopes;  _0_ PSIs (sealed)

☐ other: _____

☐ other: _____

☑ Other: DE 186 - USB DRIVE

☐ Other: _____

Sincerely,  
Angela E. Noble, Clerk of Court

By: _____  
Deputy Clerk

Certified to be a true and correct copy of the document on file  
Angela E. Noble, Clerk,  
U.S. District Court  
Southern District of Florida  
By: _____  
Deputy Clerk  
Date 9/11/2023  
Attachment

S/F A-15  
Rev. 10/94

c: court file

☑ 400 N. Miami Avenue  
Miami, Fl 33128-7716  
305-523-5080

☐ 299 E. Broward Boulevard  
Ft. Lauderdale, Fl 33301  
954-769-5413

☐ 701 Clematis Street  
West Palm Beach, Fl 33401  
561-803-3408

APPEAL,BNDSMM,CLOSED,RECOUT,SMM

# U.S. District Court
## Southern District of Florida (Ft Pierce)
## ABRIDGED CRIMINAL DOCKET FOR CASE #: 2:21-cr-14017-AMC All Defendants
### Internal Use Only

Case title: USA v. Bryant

Date Filed: 04/27/2021

Magistrate judge case number: 2:21-mj-00019-SMM

Date Terminated: 06/06/2022

Assigned to: Judge Aileen M. Cannon

Appeals court case number: 22-12023-DD USCA

## Defendant (1)

**Ronell Bernard Bryant, III**
36963-509
*English; YOB: 1983*
*TERMINATED: 06/06/2022*
also known as
Lil Polo Da Don
*TERMINATED: 06/06/2022*
also known as
Polo Bryant
*TERMINATED: 06/06/2022*

represented by **Noticing FPD-FTP**
Email: ftp_ecf@fd.org
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender Appointment

**Lydia R Pittaway**
Pittaway Law, PLLC
133 S 2nd Street STE 101
Fort Pierce, FL 34950
772-494-1821
Fax: 407-674-2524
Email: lydia@pittawaylaw.us
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Margaret Y. Foldes**
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, FL 33301
954-356-7436
Fax: 954-356-7556
Email: Margaret_Foldes@FD.org
*TERMINATED: 07/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By [signature] Deputy Clerk
Date 9/11/2023

**Michael Caruso**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X135
Fax: 536-4559
Email: michael_caruso@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Joseph Walsh**
Perlet, Shiner, P.A.
515 North Flagler Drive
Suite 701
West Palm Beach, FL 33401
(561) 721-0552
Email: paul@kmwlegal.com *(Inactive)*
*TERMINATED: 06/18/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter Thomas Patanzo**
Benjamin, Aaronson, Edinger & Patanzo, PA
1700 East Las Olas Blvd., #202
Fort Lauderdale, FL 33301
954-779-1700
Fax: 779-1771
Email: ppatanzo@bellsouth.net
*TERMINATED: 06/07/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18 U.S.C. § 922(g)(1) Possession of a Firearm and Ammunition by a Convicted Felon.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

**Disposition**

IMPRISONMENT: For a total term of 37 months as to count 1; SUPERVISED RELEASE: For a term of Three (3) years; ASSESSMENT: $100.00.

**Disposition**

None

| Complaints | Disposition |
|---|---|
| 18:922Q.F Unlawful possession of a firearm and ammunition by a convicted felon. | |

| Plaintiff | | |
|---|---|---|
| USA | represented by | **Daniel E. Funk**<br>U.S. Attorney's Office<br>101 S. U.S. Highway 1<br>Fort Pierce, FL 34950<br>305-905-7509<br>Fax: 772-466-1020<br>Email: daniel.funk@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Richard O.I. Brown**<br>United States Attorney's Office<br>500 E. Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33394<br>(954) 356-7255<br>Fax: (954) 356-7336<br>Email: richard.brown@usdoj.gov<br>*TERMINATED: 02/22/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**William T. Zloch**<br>United States Attorney's Office<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401<br>561-820-8711<br>Fax: 820-8777<br>Email: William.Zloch@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2023 | 186 | NOTICE of Filing Audio/Video Exhibit (USB Drive) as to Ronell Bernard Bryant, III re 85 Notice (Other) (apz) Modified text on 9/11/2023 (apz). (Entered: 09/11/2023) *See env.* |